JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMMY BRICENO SOLIS, | ) | Case No. CV 15-01728-DTB |
| Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| JEFFREY BEARD, SECRETARY, CDCR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Granting Motion to Dismiss and Dismissing Action Without Prejudice,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 13, 2015

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1